**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| SAMUEL MARTIN,<br>　　　　Petitioner,<br>　　v.<br>DEBRA DEXTER, WARDEN,<br>　　　　Respondent. | Case No. EDCV 08-00693-DOC (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered denying the petition with prejudice.

　　　IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment on all parties.

Dated: September 23, 2008

　　　　　　　　　　　　　　　　　　　_David O. Carter_____
　　　　　　　　　　　　　　　　　　　David O. Carter
　　　　　　　　　　　　　　　　　　　United States District Judge