**JS-6/ENTER**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| SAMUEL MARTIN, ) | Case No. EDCV 08-00693-DOC (MLG) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| DEBRA DEXTER, WARDEN, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the petition herein is denied with prejudice.

Dated: September 23, 2008

_/s/ David O. Carter_
David O. Carter
United States District Judge